IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | : | ORDER MODIFYING CONDITIONS |
| --- | --- | --- |
| | : | Of PRETRIAL SERVICES RELEASE |
| v. | : | |
| | : | |
| | : | DOCKET NO.: 07-00425-001 (JAG) |
| FABIAN ORRIOLS | : | |

This matter having been brought to the Court by Daniel J. Welsh, Esquire, attorney for Fabian Orriols, the defendant herein, and the government by AUSA Dennis Carletta having consented thereto, and for good cause shown,

IT IS ON THIS 24th DAY OF NOVEMBER, 2008 ORDERED:

(1) The $350,000.00 property bond ordered on may 21, 2007 is changed to a $350,000.00 unsecured personal recognizance bond;

(2) The lien on 564 Garfield Avenue, Jersey City, New Jersey is immediately removed;

(3) Defendant shall remain on electronic monitoring with 24 hour home confinement;

(4) All other conditions of release are to remain in place.

_____
The Honorable Joseph A. Greenaway, Jr., USDJ