PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Fabian Orriols                          Cr.: 07CR00425-1
                                                                                                 PACTS Number: 47429

Name of Sentencing Judicial Officer: Honorable Joseph A. Greenaway, Jr.

Date of Original Sentence: 10/22/08

Original Offense: Possession with Intent to Distribute Heroin

Original Sentence: 30 months incarceration followed by 5 years supervised release and $100 special assessment. Special conditions: Drug testing and treatment and DNA collection.

Type of Supervision: Supervised Release                      Date Supervision Commenced: 10/12/10

## PETITIONING THE COURT

[ ]    To extend the term of supervision for      Years, for a total term of      Years.
[X]    To modify the conditions of supervision as follows. The addition of the following special condition(s):

       The defendant shall refrain from the use of alcohol and shall submit to testing to ensure compliance. It is further ordered that the defendant submit to evaluation and treatment as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.

## CAUSE

Orriols self-reported a prior history of alcohol abuse.

                                                                 Respectfully submitted,

                                                                  By: Adriana Garcia
                                                                       U.S. Probation Officer
                                                                      Date: 06/30/10

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

                                                                     Signature of Judicial Officer

                                                                        Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall refrain from the use of alcohol and shall submit to testing to ensure compliance. It is further ordered that the defendant submit to evaluation and treatment as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.

Witness: _____
U.S. Probation Officer
Adriana Garcia

Signed: _____
Probationer or Supervised Releasee
Fabian Orriols

_____
6/15/2010
DATE